# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES -REOPENING/CLOSING

Case No. LA CV19-08405 JAK (SSx)      Date February 17, 2021

Title: Gary Scherer v. Derek M. Grey, et al.

Present: The Honorable John A. Kronstadt, United States District Judge

| T. Jackson | Not Recorded |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiffs:      Attorneys Present for Defendants:

None      None

Proceedings: ☐ In Court    ☒ In Chambers    ☐ Counsel Notified

☐ Case previously closed in error. Make JS-5.

☒ Case should have been closed on entry dated September 24, 2020.

☐ Case settled but may be reopened if settlement is not consummated within _____ days. Make JS-6.

☐ Other _____

☐ Entered _____ .

Initials of Preparer    T. Jackson